**William Lee ANDERSON, II,**
**Plaintiff-Appellant,**

v.

**Philip H. WITHERSPOON,**
**Defendant-Appellee,**

**and**

**Commonwealth of Virginia, Defendant.**

**No. 17-6667**

United States Court of Appeals,
Fourth Circuit.

Submitted: November 16, 2017

Decided: November 22, 2017

William Lee Anderson, II, Appellant Pro Se. Jeff W. Rosen, PENDER & COWARD, PC, Virginia Beach, Virginia, for Appellee.

Before WILKINSON, MOTZ, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Lee Anderson, II, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Anderson's 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Anderson v. Witherspoon,* No. 7:15-cv-00236-MFU-JCH, 2017 WL 1194739 (W.D. Va. Mar. 30, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*